[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] JUDGMENT
After a hearing on all the issues, it is the judgment of the court that the $45,000.00 paid into court by the purchaser of the premises, Hector Reyes, be distributed as follows:
City of New London $21,958.57
Committee of Sale $ 5,376.43
 (of the $1,435.00 added fees the court finds such bill excessive and disallows $1,000.00)
 Hector Reyes — Tax Water Sewer Lien $13,537.23
Costs $ 71.44
Attorney's Fees (Kanabis) $ 500.00
 (of the $1,500.00 claimed the court finds such bill excessive and disallows $1,000.00
Total $41,443.67 CT Page 1668
 Total Amount Paid $45,000.00 Deduction Total $41,443.67 Total Due Timothy Miller $ 3,556.33
In addition, the court orders that Timothy Miller vacate the premises by April 1, 2001.
Judgment to the City, the committee of sale, and to Reyes including fees and costs is $41,443.67.
Judgment to the owner, Timothy Miller $3,556.37.
Premises to be vacated by April 1, 2001.
D. Michael Hurley, Judge Trial Referee